IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANTHONY VAUGHN,  )  Civil No. 03-12492-MEL
    Petitioner,  )  Crim. No. 01-10352-MEL
  )  Judge Lasker
-vs-  )
  )
UNITED STATES OF AMERICA,  )
  Respondent.  )  MOTION FOR EXTENTION
  )  OF TIME TO FILE TRAVERSE

Now comes Anthony Vaughn (hereinafter "Petitioner"), acting pro per, and respectfully moves for a thirty (30) day extention of time to file a traverse in the above entitled case.

Petitioner is a layman who is not trained in the law. Moreover, he has limited access to the law library. Therefore, he needs additional time to file a traverse in the above entitled case.

WHEREFORE, in light of the above, Petitioner respectfully requests an additional thirty (30) days to file a traverse in this case.

Respectfully submitted,

*Anthony Vaughn* (signature)
Anthony Vaughn
Reg. No. 23919-038
USP Allenwood - P.O. Box 3000
White Deer, PA 17887

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing this 22 day of March, 2004, was served upon the following:

John A. Wortmann, Jr.
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210

_____
Anthony Vaughn