UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ANTHONY VAUGHN**
      **Plaintiff**

  V.

**UNITED STATES OF AMERICA**
      **Defendant**

CIVIL ACTION

NO. 03-12492-MEL

## ORDER OF DISMISSAL

**LASKER, S.D.J.**

In accordance with this Court's Order entered on August 26, 2004, denying the petitioner's motion under 18 U.S.C. § 2255 for the reasons stated therein, it is ORDERED that the above-entitled action be, and hereby is, dismissed in its entirety.

By the Court,

September 1, 2004    /s/ George H. Howarth
    Date    Deputy Clerk